IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>  Plaintiff, )<br>  )<br>v. )<br>  )<br>Fahima Egeh Mahamud, )<br>  )<br>  Defendant. )<br>  )<br>  )<br>  )<br>  ) | **COURT MINUTES - CRIMINAL**<br>BEFORE: JOHN F. DOCHERTY<br>U.S. Magistrate Judge<br><br>Case No:          26-mj-168 DTS<br>Date:             February 19, 2026<br>Court Reporter:   Erin Drost<br>Courthouse:       St. Paul<br>Courtroom:        6A<br>Time Commenced:   10:22 a.m.<br>Time Concluded:   10:40 a.m.<br>Time in Court:    20 minutes |

X **PRELIMINARY HEARING**          X **DETENTION HEARING**

Time in Court Prelim/Detention: 2 minutes/16 minutes

APPEARANCES:

Plaintiff: Matthew Murphy, Assistant U.S. Attorney
Defendant: Debra Hilstrom
    X Retained

On     X Complaint

X Defendant waives the right to the preliminary hearing.
X Probable cause found. Defendant bound over to District Court of Minnesota.

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

Additional Information:
X Interpreter/Language: Ayderus Ali/Somali. The interpreter was present in a standby capacity.

                                                            *s/nah*
                                                Signature of Courtroom Deputy