CASE 0:26-mj-00168-DTS Doc. 21 (Court only) Filed 05/05/26 Page 1 of 2

PS 8

(Rev 5/10)

Filed by the Clerk

# UNITED STATES DISTRICT COURT
for
District of Minnesota

U.S.A. vs. Fahima Egeh Mahamud    Docket No. 0864 0:26-00168M-001(DTS)

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Bradley A. Rupprecht, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of **Fahima Egeh Mahamud** who was placed under pretrial supervision by the Honorable John F. Docherty, sitting in the Court at St. Paul on the 19th day of February, 2026, under the following special conditions:

- Pretrial Services Supervision
- Surrender Passport
- Obtain No New Passport
- Travel Restrictions
- No Contact with Victim/Witness
- Report Contact with Law Enforcement
- Location Monitoring Program Under Home Detention with GPS
- Financial Disclosure
- No New Credit
- No Accessing Federal Child Nutrition Program Funds
- No Claims for Government Social Service Programs Reimbursements
- Employment Restrictions
- Residential Requirements

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

In consideration of the defendant's positive adjustment to pretrial supervision, as is set forth under separate cover, it is recommended the following location restriction program component be vacated:

> **Home Detention**: You are restricted to your residence at all times except for medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer.

And replaced with the following restriction:

> **Curfew:** You are restricted to your residence every day as directed by the pretrial services officer.

All other conditions of release shall remain in effect as previously ordered.

CASE 0:26-mj-00168-DTS Doc. 21 (Court only) Filed 05/05/26 Page 2 of 2


PRAYING THAT THE COURT WILL ORDER: that the defendant's pretrial release conditions be modified as indicated above.

ORDER OF THE COURT

Considered and ordered this 6th day of May, 2026, and ordered filed and made a part of the records in the above case.

David T. Schultz
David T. Schultz
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/Bradley A. Rupprecht
Bradley A. Rupprecht
U.S. Probation Officer
612-664-5377

Executed on May 5, 2026

Place Minneapolis

Approved:

s/Eric R. Hermes
Eric R. Hermes
Supervisory U.S. Probation Officer